# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/29/2024 |
| Case: 24−12447−BLS | Form ID: 309A | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Briseida Arreola Zaragoza | 100 Ogle Avenue    Apt 3    Wilmington, DE 19805 |
| tr | Alfred T. Giuliano | Giuliano Miller & Co., LLC    2301 E. Evesham Road    Pavillion 800, Suite 210    Voorhees, NJ 08043 |
| 19378711 | CCB/Keavc | PO Box 650964    Dallas, TX 75265 |
| 19378710 | Cap One | PO Box 71083    Charlotte, NC 28272−1083 |
| 19378712 | Cricket Wireless | 1025 Lenox Park Boulevard Northeast    Atlanta, GA 30319 |
| 19378678 | Department of Labor | Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809 |
| 19378713 | Discover | PO Box 51908    Los Angeles, CA 90051−6208 |
| 19378715 | GS BankUSA | Lockbox 6112, PO Box 7247    Philadelphia, PA 19710 |
| 19378716 | JPMCB Card | P.O. Box 15153    Wilmington, DE 19886−5153 |
| 19378720 | New Castle County/Law | Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720 |
| 19378721 | State of Delaware | Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820 |
| 19378717 | TD/Target | PO Box 660170    Dallas, TX 75266 |
| 19378718 | Tom Ludwig/Pinestreet Homes | 100 North Ogle Avenue    Wilmington, DE 19805 |

TOTAL: 13